```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Joshua G. Stegemann

                v.

                                        Civil No. 17-cv-405-JD

Berkshire County District Attorney's Office, et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 3, 2017. The plaintiff's motion for in forma pauperis status (Doc. No. 3) is denied. Joshua G. Stegemann is directed to pay the filing fee within thirty days of the date of this Order.

SO ORDERED.

                                               /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Court

Date: October 13, 2017

cc:   Joshua G. Stegemann, pro se